IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL LEWIS, <br> Reg. No. 49803-074, <br><br> Petitioner, <br><br> v. <br><br> WARDEN ALAN COHEN, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:21-cv-364-RAH-CSC <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

On September 13, 2023, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 28.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that the Recommendation is ADOPTED and this petition is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE, on this the 6th day of October 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE